624

Oreste VALSANGIACOMO, Sr. v. PAIGE & CAMPBELL, INC., No. 181-76

February 10, 1978. Motion to Dismiss denied.

Alice V. ATWOOD v. Edward H. KERR, Jr., No. 42-77

February 10, 1978. The motion of Dick, Hackel & Hull for leave to withdraw as attorneys for Edward H. Kerr, Jr., is granted.

The motion of Pope and Pu for leave to withdraw as attorneys for Edward H. Kerr, Jr., is granted.

The Clerk is directed to advise said Edward H. Kerr, Jr., of the foregoing action by letter, and to advise him that unless an appearance is entered on his behalf on or before March 13, 1978, his appeal will be subject to a motion for dismissal.

The several motions to extend the appellate timetable are denied.

UNIVERSITY OF VERMONT and State Agricultural College v. TOWN OF WEYBRIDGE, No. 138-77

February 10, 1978. Appeal dismissed.

NOYLE W. JOHNSON INSURANCE COMPANY v. Edward H. MILNE, No. 167-77

February 10, 1978. Appellant's motion for verdict is denied. Appellant's ground of appeal is that he did not receive notice of the hearing at which judgment was entered against him. Cause remanded with leave to the appellant to file a motion under V.R.C.P. 60(b) if so advised. *Kotz* v. *Kotz*, 134 Vt. 36, 349 A.2d 882 (1975).

Ernest CHIRIACKA and Catherine Chiriacka v. BOARD OF VERMONT STATE COLLEGES, No. 237-77

February 10, 1978. The motion of Lawrence E. Kimball for leave to withdraw as counsel for Chiriackas is granted; appellants have leave to obtain other counsel and file Printed Case by March 13, 1978, or appeal dismissed. The clerk is directed to advise Chiriackas of the foregoing action by letter.

IN RE STEWART WATERWORKS, No. 320-77

February 10, 1978. Appellee's motion to enlarge time is denied. The purported appeal is dismissed for lack of jurisdiction, there being no timely notice of appeal. V.R. A.P. 4.

STATE of Vermont v. Sunshine H. APPLEBY, No. 331-77

February 10, 1978. Appellant directed to order transcript of the proceedings below under V.R.A.P. 10 by February 24, 1978, or appeal dismissed.